MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: marckalagian_rohlfinglaw@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PATRICA SALAZAR,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: CV 07-8173 MAN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of TWO THOUSAND NINE HUNDRED DOLLARS ($2,900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: December 3, 2009

*Margaret A. Nagle*
_____
THE HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-